UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                       CASE NO. 04 B 10321
   ANTHONY NEILL
   MELISSA NEILL                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-9480    SSN XXX-XX-5829
```

---
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 03/16/04 and confirmed on 06/16/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 15584.48 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL | SECURED VEHIC | 7800.00 | 788.66 | 7800.00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ADDISON RADIOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| BEN GORDON CENTER | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 766.87 | .00 | 90.50 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DANIEL J KRAMER | UNSECURED | NOT FILED | .00 | .00 |
| DANNETTE ABLE | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MENORIAL HOS | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GALLAGHER & SLINGERLAND | UNSECURED | 285.00 | .00 | 33.63 |
| GARY L SHILTS | UNSECURED | NOT FILED | .00 | .00 |
| JD BYRIDER | UNSECURED | 3867.73 | .00 | 456.46 |
| ILLINOIS TITLE LOANS | UNSECURED | 377.50 | .00 | 44.55 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KELLY ZIELIE LCSW | UNSECURED | NOT FILED | .00 | .00 |
| MCI TELECOMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MERCURY FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| MONITOR FINANCIAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 648.00 | .00 | 76.48 |
| CFC FINANCIAL | UNSECURED | 270.54 | .00 | 31.93 |
| STARRETT MEDICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 18145.73 | .00 | 2141.51 |
| WASTE MANAGEMENT | UNSECURED | 114.35 | .00 | 13.50 |

```
WASTE MANAGEMENT              UNSECURED          47.27           .00         5.58
PINNACLE CREDIT SERVICES  UNSECURED        2140.88           .00       252.66
B LINE LLC                    UNSECURED        1887.60           .00       222.77
TRIAD FINANCIAL               UNSECURED        3172.30           .00       374.39
FOX VALLEY LEGAL GROUP    REIMBURSEMENT       9.96           .00         9.96
        Summary of disbursements:
---------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7800.00          9.96     31723.77         .00      39533.73
PRINCIPAL PAID       7800.00          9.96      3743.96         .00      11553.92
INTEREST PAID         788.66           .00          .00         .00        788.66
TOTAL PAID           8588.66          9.96      3743.96         .00      12342.58
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP           , was allowed $   2475.00
and was paid $    200.00  direct and $   2275.00  through the plan.

The Trustee received $    622.42 .

Refunds to the Debtor totaled $    344.48 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/14/07                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 10321 ANTHONY NEILL & MELISSA NEILL